1    ANDREW M. ZACKS (SBN 147794)
     RYAN J. PATTERSON (SBN 277971)
2    ZACKS & FREEDMAN, P.C.
     235 Montgomery Street, Suite 400
3    San Francisco, CA 94104
     Tel: (415) 956-8100
4    Fax: (415) 288-9755

5    TOM MYERS (SBN 176008)
     SAMANTHA AZULAY (SBN 283424)
6    AIDS Healthcare Foundation
     6255 W. Sunset Boulevard, 21st Floor
7    Los Angeles, California 90028
     Tel: (323) 860-5200
8    Fax: (323) 467-8450

9    Attorneys for Plaintiff
     AIDS HEALTHCARE FOUNDATION

10

11

12                   **UNITED STATES DISTRICT COURT**

13                 **NORTHERN DISTRICT OF CALIFORNIA**

14                         **SAN FRANCISCO**

15

16    AIDS HEALTHCARE FOUNDATION,      Case No.: 3:14-cv-03499-RS

17                                **STIPULATION AND [PROPOSED]**
             Plaintiff and Petitioner,       **ORDER TO TAKE HEARING OFF**
18                                **CALENDAR AND CONTINUE CASE**
               vs.                       **MANAGEMENT CONFERENCE,** *ETC.*
19    CITY AND COUNTY OF SAN              **PENDING CONDITIONAL USE**
     FRANCISCO, BOARD OF SUPERVISORS    **AUTHORIZATION APPLICATION**
20    OF THE CITY AND COUNTY OF SAN
     FRANCISCO, SUPERVISOR SCOTT       Civ. L.R. 7-7, 16-2(d)
21    WIENER, CITY AND COUNTY OF SAN
     FRANCISCO BOARD OF APPEALS,
22                                   Judge:        Hon. Richard Seeborg
           Defendants and Respondents.     Trial Date:   N/A
23

24

25        Following productive discussions between the parties to this action, the parties

26 seek to resolve this matter without the need for further litigation, if possible. To that end,

27 Plaintiff/Petitioner will, subject to this Court's agreement to the parties' stipulation below

28

ZACKS & FREEDMAN, P.C.
235 MONTGOMERY STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94104

1   and execution of the attached proposed order, submit a Conditional Use Authorization

2   Application to the San Francisco Planning Commission pursuant to San Francisco

3   Planning Code Section 303.1 for authorization to open a pharmacy at 518 Castro Street,

4

5   San Francisco, CA.

6        The hearing on Defendants'/Respondents' Motion to Dismiss Second Amended

7   Complaint is presently scheduled for April 9, 2015, and the initial Case Management

8   Conference in this matter is presently scheduled for May 14, 2015.

9

10        To avoid unnecessary expense and delay, pursuant to Civ. L.R. 7-7 and 16-2(d),

11   **the parties stipulate as follows**, subject to the Court's agreement and entry of the

12   proposed Order below:

13        - The hearing on Defendants'/Respondents' Motion to Dismiss Second

14        Amended Complaint shall be taken off calendar.  Defendants and

15        Respondents reserve the right to submit a new notice of motion to Dismiss the

16

17        Second Amended Complaint in the event that Petitioner/Plaintiff has not

18        obtained a conditional use authorization, or has failed to take all necessary

19        steps to obtain a conditional use authorization, on or before March 30, 2016.

20        - The initial Case Management Conference shall be continued to November 19,

21        2015 or the Court's next available date thereafter, and all deadlines under

22

23        FRCP Rule 26, FRCP Rule 16, and Civil Local Rule 16-5 shall be adjusted

24        accordingly, to the extent they apply in this action.

25        - Should it appear that the Planning Commission will not render a final decision

26        on Plaintiff's/Petitioner's Conditional Use Authorization Application prior to

27

28        the Case Management Conference, or should any appeal related to the

ZACKS & FREEDMAN, P.C.
235 MONTGOMERY STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94104

ZACKS & FREEDMAN, P.C.
235 MONTGOMERY STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94104

1    Conditional Use  Authorization Application be pending at that time, then at

2    either party's request, the Case Management Conference and all related

3    deadlines shall be further continued.

4
-    Plaintiff's/Petitioner's Conditional Use Authorization Application will be
5
     considered made under protest and will not prejudice Plaintiff's/Petitioner's
6
7    claims in this action. Petitioner/Plaintiff makes no admissions by submitting

8    the Conditional Use Authorization Application contemplated herein and
9
     waives no claims. The Planning Commission will not unduly delay its hearing
10
11   of or decision on the Conditional Use Authorization Application.

12   -    In the event that Plaintiff/Petitioner does not dismiss this action following the

13   City's determination of the Conditional Use Authorization Application,

14   Plaintiff/Petitioner agrees that it  will not claim increased damages due to the
15
     passage of time during the preparation or consideration of the Conditional Use
16
17   Authorization Application, including any appeals of such application.

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

-3-

1    Counsel for all parties have conferred, and all parties stipulate to and respectfully
2    request the foregoing,
3
4
5    Date: March 31, 2015          ZACKS & FREEDMAN, P.C.
6                                  235 Montgomery Street, Suite 400
7                                  San Francisco, CA 94104
8
                                   By: _____
                                       Ryan J. Patterson
9                                      Attorneys for AIDS HEALTHCARE
10                                     FOUNDATION
11
     Date: March 30, 2015          DENNIS J. HERRERA
12                                 City Attorney
13                                 KRISTEN A. JENSEN
                                   VICTORIA WONG
14                                 Deputy City Attorneys
15
                                   By: _____
16                                     Kristen A. Jensen
17                                     Attorneys for City and County of
                                       San Francisco, *et al.*
18
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

ZACKS & FREEDMAN, P.C.
235 MONTGOMERY STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94104

-4-

For the foregoing reasons, **IT IS HEREBY ORDERED** that:

1. Defendants'/Respondents' Motion to Dismiss Second Amended Complaint shall be taken off calendar to allow Plaintiffs/Petitioners to submit a Conditional Use Authorization Application to the San Francisco Planning Commission pursuant to San Francisco Planning Code Section 303.1 for authorization to open a pharmacy at 518 Castro Street, San Francisco, CA.

2. The initial Case Management Conference shall be continued to November 19, 2015, and all deadlines under FRCP Rule 26, FRCP Rule 16, and Civil Local Rule 16-5 shall be adjusted accordingly, to the extent they apply in this action.

3. Should it appear that the Planning Commission will not render a final decision on Plaintiff's/Petitioner's Conditional Use Authorization Application prior to the Case Management Conference, or should any appeal related to the Conditional Use Authorization Application be pending at that time, then at any party's request, the Case Management Conference and all related deadlines shall be further continued.

4. Plaintiff's/Petitioner's Conditional Use Authorization Application will be considered made under protest and will not prejudice Plaintiff's/Petitioner's claims in this action.   It is recognized that Petitioner/Plaintiff makes no admissions by submitting the Conditional Use Authorization Application contemplated herein and waives no claims.

5. Plaintiff/Petitioner will not claim increased damages due to the passage of time during the preparation or consideration of the Conditional Use Authorization Application, including any appeals of such application.

ZACKS & FREEDMAN, P.C.
235 MONTGOMERY STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94104

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: 3/31/15

Hon. Richard Seeborg
United States District Judge

ZACKS & FREEDMAN, P.C.
235 MONTGOMERY STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94104

-6-
STIPULATION AND [PROPOSED] ORDER TO TAKE HEARING OFF CALENDAR AND CONTINUE CMC PENDING CONDITIONAL USE APP.