AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**NORTHERN** District of **CALIFORNIA**

| | |
|---|---|
| AIDS HEALTHCARE FOUNDATION, INC. <br> Plaintiff(s), <br> V. <br> CITY AND COUNTY OF SAN FRANCISCO, et al. <br> Defendant(s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** <br><br> CASE NUMBER: 3:14-cv-03499-RS |

Notice is hereby given that, subject to approval by the court, **AIDS Healthcare Foundation, Inc.** substitutes
(Party (s) Name)

**Tom Myers**, State Bar No. **176008** as counsel of record in
(Name of New Attorney)

place of **Ryan J. Patterson & Andrew M. Zacks, Zacks, Freedman & Patterson, PC**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: AIDS Healthcare Foundation
Address: 6255 W. Sunset Blvd., 21st Fl, Los Angeles, CA 90028
Telephone: (323) 860-5200    Facsimile (323) 467-8450
E-Mail (Optional): Tom.Myers@aidshealth.org

I consent to the above substitution.
Date: 7/7/2016
(Signature of Party (s))

I consent to being substituted.
Date: 7/7/2016
(Signature of Former Attorney (s)) RYAN PATTERSON  ANDREW ZACKS

I consent to the above substitution.
Date: 7/7/2016
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 7/14/16
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]